06-CV-00504-DISCL

_____FILED _____ENTERED
_____LODGED_____RECEI
APR 1 0 2006   DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LENNY COULOMBE<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TOTAL RENAL CARE HOLDINGS, INC.,<br>DAVITA, INC.<br><br>　　　　Defendants. | NO. CV6 504 JLR<br><br>CORPORATE DISCLOSURE<br>STATEMENT |

Defendant DaVita Inc., by and through its counsel of record, Perkins Coie, LLP, hereby certifies, pursuant to Fed. R. Civ. P. 7.1(a), that it does not have a parent corporation and there are no publicly held corporations that own 10% or more of its stock.

DATED: April 10, 2006.

**PERKINS COIE LLP**

By _____
James Sanders, WSBA #24565
Brian Flock, WSBA #36919
Attorneys for Defendant DaVita

CORPORATE DISCLOSURE STATEMENT (NO. ) - 1
[38585-0002/SL060830.018]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

# CERTIFICATE OF SERVICE

On April 10, 2006, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document:

| | | |
|---|---|---|
| David E. Breskin | __X__ | Via hand delivery |
| Short Cressman & Burgess PLLC | ___ | Via U.S. Mail, 1st Class, Postage Prepaid |
| 999 – 3rd Ave. - #3000 | | |
| Seattle, WA 98104 | ___ | Via Overnight Delivery |
|   Attorneys for plaintiff | ___ | Via Facsimile |
| | ___ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this __10th__ day of April, 2006.

*Barbara Buringa*
Barbara Buringa

CORPORATE DISCLOSURE STATEMENT (NO. ) - 2
[38585-0002/SL060830.018]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000