THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD COULOMBE,<br><br>               Plaintiff,<br><br>   v.<br><br>TOTAL RENAL CARE HOLDINGS, INC., DAVITA INC.,<br><br>               Defendants. | NO. CV06-504<br><br>PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF REQUEST FOR EMOTIONAL DISTRESS DAMAGES<br><br>**NOTE ON MOTION CALENDAR AUGUST 18, 2006** |

## I. <u>RELIEF REQUESTED</u>

Plaintiff Leonard Coulombe requests that the Court enter an order which dismisses without prejudice his request for emotional distress damages referenced in paragraph 4.1 of the Complaint. Plaintiff's claims in the instant action are for monetary relief for defendant's failure to pay compensation from his employment with defendants in the form of stock options, salary and bonus. Plaintiff is not pursuing a claim for emotional distress damages.

## II. <u>PERTINENT FACTS</u>

At paragraph 4.1 of his Complaint, under the heading "Damages", plaintiff makes reference to emotional distress damages. In his prayer for relief, plaintiff

PLAINTIFF'S MOTION FOR VOLUNTARY
DISMISSAL OF REQUEST FOR EMOTIONAL
DISTRESS DAMAGES
(CV06-504) - 1

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

590004.1/025919.00001

requests an award of his claimed damages. However, Mr. Coulombe is not seeking an award of emotional distress damages in this action and the Complaint should reflect this fact. Accordingly, he moves for voluntary dismissal of the request for emotional distress damages.

### III. **APPLICABLE LAW**

Rule 41(a) permits voluntary dismissal of a claim for damages without prejudice after a responsive pleading has been filed. Defendants answered the plaintiff's Complaint. No counterclaim or cross-claim has been filed.

Since plaintiff is not pursuing a claim for emotional distress, he moves to dismiss the request for emotional distress damages to the extent such a request can be read on the face of the Complaint. He requests that the reference to emotional distress damages be deemed stricken from the Complaint. [1]

### IV. **PROPOSED ORDER**

Based upon the above, it is ordered:

Plaintiff's request for emotional distress damages is dismissed without prejudice and the reference to emotional distress damages is stricken from the Complaint.

DATED this 28th of July 2006.

SHORT CRESSMAN & BURGESS PLLC

By   s/ David E. Breskin
David E. Breskin, WSBA No. 10607
dbreskin@scblaw.com
Claudia Kilbreath, WSBA No. 23144
ckilbreath@scblaw.com
999 Third Avenue, Suite 3000
Seattle, WA 98104-4088
Phone: (206) 682-3333
Fax: (206) 340-8856
Attorneys for Plaintiff

---

[1] Also, under Rule 12(f), the Court on its own initiative may strike any "immaterial" matter from any pleading.

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF REQUEST FOR EMOTIONAL DISTRESS DAMAGES (CV06-504) - 2

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

590004.1/025919.00001

# CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **David Elliot Breskin**
  dbreskin@scblaw.com lstevens@scblaw.com
- **Brian Matthew Flock**
  BFlock@perkinscoie.com BBuringa@perkinscoie.com
- **James Sanders**
  jsanders@perkinscoie.com dnylund@perkinscoie.com

By   s/David E. Breskin
David E. Breskin, WSBA No. 10607
dbreskin@scblaw.com
Claudia Kilbreath, WSBA No. 23144
ckilbreath@scblaw.com
999 Third Avenue, Suite 3000
Seattle, WA 98104-4088
Phone: (206) 682-3333
Fax: (206) 340-8856
Attorneys for Plaintiff

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF REQUEST FOR EMOTIONAL DISTRESS DAMAGES
(CV06-504) - 3

LAW OFFICES
SHORT CRESSMAN & BURGESS PLLC
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 682-3333

590004.1/025919.00001