THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LENNY COULOMBE,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL RENAL CARE HOLDINGS, INC., DAVITA, INC.,<br><br>Defendants. | No. CV6-504 JLR<br><br>DECLARATION OF STEVE UDICIOUS IN SUPPORT OF DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT RE: LIABILITY ON WASHINGTON WAGE STATUTE CLAIM AND DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

STEVE UDICIOUS states and declares as follows:

1. I am over the age of 18, competent to testify, and make this declaration based upon my personal knowledge.

2. DaVita Inc. operates kidney dialysis centers nationwide. Following extraordinary growth in the 1990's, DaVita's stock, in the Spring of 2000, was trading at a record low. Many employees had outstanding option shares that were priced above $15, and were now essentially valueless to those employees. This had a negative impact on employee morale, and DaVita was concerned that many employees would leave the company. In addition, DaVita's executives were very concerned about losing talented employees.

DECLARATION OF STEVE UDICIOUS - 1
(NO. CV6-504 JLR)
[38585-0002/SL062640.190]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

3. During this period DaVita was also having operational difficulties and was losing money. In an effort to turn the company around, DaVita replaced its senior management team, beginning in the fall of 1999 and continuing through the first half of 2000. If significant numbers of DaVita's other key management employees had also decided to leave during this period, it would have made turning things around at DaVita very difficult, if not impossible.

4. In an effort to retain DaVita's many talented employees, DaVita's executives made the decision to exhaust DaVita's pool of available option shares and grant some employees new option shares at lower strike prices. DaVita's Board, recognizing that it could not operate with an exhausted option pool, moved forward with this grant of option shares in the spring of 2000 based on the promises of DaVita's CEO and senior management team that they would ask DaVita's employees to turn in their underwater option shares. The Board also directed management to seek shareholder approval for the issuance of additional option grants.

5. In November 2000, DaVita requested that hundreds of employees voluntarily relinquish their option shares valued over $15 per share, which were commonly known within the company as way-out-of-the-money, or WOOTM, options. The employees were given the choice to relinquish these option shares, and could, if they wanted, retain these option shares. The relinquishment program was not mandatory, and many employees, in fact, chose to retain some or all of their option shares.

6. Overall, about 100 people, or almost one-third of DaVita's option holders, chose not to participate in the voluntary WOOTM relinquishment program. Employees who chose to keep their WOOTM stock option shares suffered no adverse employment consequences because of their decision.

DECLARATION OF STEVE UDICIOUS - 2
(NO. CV6-504 JLR)
[38585-0002/SL062640.190]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

7.      Following DaVita's successful stock relinquishment program, the company also engaged in an effort to obtain shareholder approval for the issuance of an additional 2.75 million option shares. The company's proposal was vetted through an institutional shareholder approval service, Institutional Shareholder Services ("ISS"). ISS's model for evaluating DaVita's proposal included an assessment of the number of outstanding and available option shares, and their expiration periods. ISS, considering the totality of DaVita's stock option programs, including the option shares relinquished through the WOOTM program, recommended that DaVita's shareholders approve the company's proposal to issue an additional 2.75 million option shares. The approval to issue 2.75 million additional option sharess replenished DaVita's pool of available option shares. These additional option shares were used to attract and retain talented individuals to work for DaVita.

8.      Following his layoff, plaintiff sent a letter to DaVita requesting exercise of the 60,000 stock options he had voluntarily relinquished five years earlier. A true and correct copy of that letter is attached hereto at Exhibit "A."

9.      DaVita's grant of stock option shares to any employee is entirely discretionary. The decision to grant a stock option is specific to each individual employee. Employees are not promised stock options as a part of their compensation package, and are not guaranteed to receive stock options from year-to-year. DaVita uses stock options to attract and retain talented employees. Any stock options that Mr. Coulombe may have received, including those granted to him in 1997 and 1998 were entirely discreationary in nature.

Signed this 25th day of September 2006, at Rosemont, Pennsylvania.

_____
STEVEN UDICIOUS

DECLARATION OF STEVE UDICIOUS - 3
(NO. CV6-504 JLR)
[38585-0002/SL062640.190]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

# CERTIFICATE OF SERVICE

On September 25, 2006, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | | |
|---|---|---|
| David E. Breskin | ___ | Via hand delivery |
| Short Cressman Burgess PLLC | ___ | Via U.S. Mail, 1st Class, Postage Prepaid |
| 999 Third Avenue, Suite 3000 | | |
| Seattle, WA 98104-4088 | ___ | Via Overnight Delivery |
| Attorneys for Plaintiff | ___ | Via Facsimile |
| | **X** | Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, on September 25, 2006.

s/James Sanders, WSBA #24565
State Bar Number: 36919
James Sanders, WSBA #24565
Brian M. Flock, WSBA #36919
Attorneys for Defendant
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Fax: (206) 359-9000
E-mail: JSanders@perkinscoie.com

DECLARATION OF STEVE UDICIOUS - 4
(NO. CV6-504 JLR)
[38585-0002/SL062640.190]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

December 29, 2005

RE: Stock Option Exercise Election

I, Leonard J. Coulombe, with Social Security Number 032405888, would like to exercise the following of my vested stock options at the price per share and method selected below:

|  | Grant Date | Initial Award Size | Options Price | Number of Options to Exercise |
|---|---|---|---|---|
|  | 8/12/1996 | 8,333 | 23.025 | 8,333 |
|  | 4/24/1997 | 8,333 | 18.75 | 8,333 |
|  | 4/24/1997 | 25,000 | 18.75 | 25,000 |
|  | 2/27/1998 | 30,000 | 32.1875 | 30,000 |

<u>Cashless Exercise/Same-Day-Sale (  x   BONY)</u>

Mail Check to this address: 6704 95th Street Ct NW Gig Harbor, WA 98332

I understand that federal income tax and other income taxes will be incurred upon exercise of my stock options. Taxes computed will be included on my W-2 Form (current or former employees) or 1099 (non-employees) for the year of the exercise. If I am a current or former employee, I understand that these taxes will be deducted from the exercise proceeds.

Sincerely,

Leonard Coulombe
Signature