UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEONARD COULOMBE,

    Plaintiff,

v.

TOTAL RENAL CARE HOLDINGS, INC.;
DAVITA, INC.,

    Defendants.

Case No. C06-504JLR

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF LEONARD COULOMBE , and on behalf of DEFENDANTS TOTAL RENAL CARE HOLDINGS, INC. and DAVITA, INC. in the amount of $2,959.14 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   DEPOSITION COSTS | $1,685.15 | 0 | $1,685.15 |

Clerk allowed costs incurred for depositions actually used by either party in support of or in opposition to motion for summary judgment.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II.  WITNESS FEES | $1,219.79 | 0 | $1,219.79 |

Witness fees are taxable for individuals whose deposition was actually used by party. Costs would be allowed even if individuals had been named parties, which they were not.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. COPY COSTS | $49.20 | 0 | $49.20 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. DOCKET FEE | $5.00 | 0 | $5.00 |

Judgment was entered on May 7, 2007 and motion for costs filed in a timely manner on May 29, 2007.

Dated this ___11th___ day of JUNE, 2007 .

*[signature]*

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2