UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD COULOMBE,<br><br>        Plaintiff,<br><br>v.<br><br>TOTAL RENAL CARE HOLDINGS, INC., DaVITA, INC.,<br><br>        Defendants. | NO. CV 06-504 JLR<br><br>SATISFACTION OF JUDGMENT |

PLEASE TAKE NOTICE that the Judgment filed by the Clerk of the Court on November 28, 2008 in the above-captioned matter in favor of Defendants, Total Renal Care Holdings, Inc., and DaVita, Inc., and against Leonard Coulombe, is paid and satisfied in full.

//
//
//
//
//

SATISFACTION OF JUDGMENT - 1
Case No. CV 06-504 JLR - 1

BRESKIN|JOHNSON TOWNSEND PLLC
1111 Third Avenue, Suite 2230
Seattle, Washington 98101 Tel: 206-652-8660

DATED this 2 day of ~~January~~ February, 2009.

PERKINS COIE (SEA)

_____
Brian ~~Matthew~~ Flock, WSBA No. 36919
1201 3rd Avenue, Suite 4800
Seattle, WA 98101-3099
206-359-8000
Email: BFlock@perkinscoie.com
Attorneys for Defendant

Presented by:

BRESKIN JOHNSON & TOWNSEND, PLLC

_____27848 for_____
David E. Breskin, WSBA No. 10607
1111 Third Ave., Suite 2230
Seattle, WA 98101
Telephone: 206-652-8660
Fax: 206-652-8290
E-mail: dbreskin@bjtlegal.com
Attorneys for Plaintiff

SATISFACTION OF JUDGMENT - 2
Case No. CV 06-504 JLR - 2